Submitted September 3, reversed October 7, 2015

In the Matter of J. S.,
Alleged to be a Person with Mental Illness.

STATE OF OREGON,
*Respondent,*

*v.*

J. S.,
*Appellant.*

Multnomah County Circuit Court
14CC01090; A157390

361 P3d 54

Garrett A. Richardson and Multnomah Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Anna M. Joyce, Solicitor General, and Shannon T. Reel, Assistant Attorney General, filed the brief for respondent.

Before Duncan, Presiding Judge, and DeVore, Judge, and Flynn, Judge.

PER CURIAM

**PER CURIAM**

Appellant seeks reversal of a judgment of commitment entered pursuant to ORS 426.130, which provides for the commitment of a person with a mental illness to the Oregon Health Authority. Appellant argues that, contrary to the trial court's ruling, the record does not establish by clear and convincing evidence that he is unable to provide for his basic personal needs because of a mental disorder. *See* ORS 426.005(1)(e)(B). The state concedes that the evidence is legally insufficient for involuntary commitment and that the judgment should be reversed. We agree, accept the state's concession, and reverse.

Reversed.